IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-31275
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE A. GLOVER,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-1159-I
- - - - - - - - - -
December 9, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Terrance A. Glover, federal prisoner # 23062-034, appeals the district court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Glover argues that his guilty plea to using and carrying a firearm in violation of 28 U.S.C. § 924(c)(1) was involuntary because it was made without the benefit of the Supreme Court's subsequent decision in Bailey v. United States, 116. S. Ct. 501 (1995).

The facts to which Glover stipulated in connection with his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

guilty plea are sufficient to support his conviction.  <u>United States v. Thompson</u>, 122 F.3d 304, 306-06 (5th Cir. 1997); <u>United States v. Rivas</u>, 85 F.3d 193, 195 (5th Cir.), <u>cert. denied</u>, 117 S. Ct. 593 (1996).  Because <u>Bailey</u> had no affect on the validity of Glover's conviction, Glover's lack of foreknowledge of the Supreme Court's holding in <u>Bailey</u> does not render his guilty plea involuntary.

AFFIRMED.